STATE OF NEW JERSEY v. MARION JAMES.

January 20, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY RICHARDSON.

January 20, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANKIE PEOPLES.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN HAMMOND.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM KAUFMAN.

January 25, 1988.

Petition for certification denied.